Case 14-25490    Filed 06/04/14    Doc 12

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE:

Daniel Vera Santos                             Bankruptcy No.  14-25490
Aurora Palacios Santos                         Honorable Michael S. McManus
                                               Chapter 13

         Debtor(s).
    _____/

## CREDITOR REQUEST FOR NOTICE AND REQUEST TO BE ADDED TO THE MATRIX

NOW COMES FIVE LAKES AGENCY, INC., and does hereby enter its Request as Agents for the Creditor, J.P. MORGAN CHASE BANK, N.A., in the above entitled matter and hereby further requests that their names be added to the Matrix.  Movant further requests that all pleadings, motions and documents filed with the U.S. Bankruptcy Court be served upon it.

Respectfully Submitted:

FIVE LAKES AGENCY, INC.
Agents for Creditor,
J.P. MORGAN CHASE BANK, N.A.

By:  /s/ Kelly J. Schellig
     KELLY J. SCHELLIG
     FIVE LAKES AGENCY, INC.
     P.O. Box 80730
     Rochester, MI 48308
     (855) 824-1000
     303614

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE:

Daniel Vera Santos                                                Bankruptcy No.  14-25490
Aurora Palacios Santos                                        Honorable Michael S. McManus
                                                                              Chapter 13


          Debtor(s).
_____/


## CERTIFICATE OF SERVICE FOR CREDITOR REQUEST FOR NOTICE
## AND REQUEST TO BE ADDED TO THE MATRIX

   Elizabeth Bean, states that on the 4th day of June, 2014, she did serve a copy of Creditor Request for Notice and Request To Be Added To The Matrix, on behalf of J.P. MORGAN CHASE BANK, N.A., either electronically, or by depositing same in a United States Postal Box located in Rochester, Michigan, with the lawful amount of postage affixed thereto addressed to:


C. Anthony Hughes, Attorney for Debtor(s)
1395 Garden Hightway, Ste. 150
Sacramento, CA 95833


Jan P. Johnson, Trustee
P.O. Box 1708
Sacramento, CA 95812


                                                                           /s/ Elizabeth Bean
                                                                          Elizabeth Bean,
                                                                          FIVE LAKES AGENCY, INC.
                                                                          Agents for Creditor,
                                                                          J.P. MORGAN CHASE BANK, N.A.
                                                                          P.O. Box 80730
                                                                          Rochester, MI 48308
                                                                          (855) 824-1000
                                                                          303614